# United States District Court

__EASTERN__ DISTRICT OF __MISSOURI__

**FILED**
DEC 2 2 2005
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES OF AMERICA

V.

JOSEPH WALKER

CRIMINAL COMPLAINT

CASE NUMBER: 4:05MJ6228 TCM

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 20, 2005, in St. Louis City, Eastern District of Missouri, defendant JOSEPH WALKER did,

move and travel in interstate commerce, to wit, from St. Louis City in the State of Missouri, within the Eastern District of Missouri, to Little Rock, Arkansas, with the intent to avoid Prosecution/Confinement for Child Abuse and Assault 3rd Degree with Physical Injury, as charged in the warrant (Cause #051-0003370) which was issued on or about October 7, 2005, by the Circuit Court of St. Louis City, State of Missouri.

in violation of Title 18, United States Code, Section(s) 1073. I further state that I am a Special Agent with the Federal Bureau of Investigation and that complaint is based on the following facts:

Personal knowledge, information and belief: That complainant has in his possession a copy of the warrant filed on or about October 7, 2005, by the Circuit Court of St. Louis City, State of Missouri, for the above charges. The complainant has been informed by Det. Joseph Kuster of the St. Louis City Police Department that the defendant has fled the State of Missouri and moved to 5902 McCain Street, North Little Rock, Arkansas and is also employed at Target Department Store, 4000 McCain, North Little Rock, Arkansas.

Continued on the attached sheet and made a part hereof.   __ Yes _X_ No

Signature of Complainant
Sworn to before me, and subscribed in my presence    S.A. William C. Williams
Federal Bureau of Investigation

December 22, 2005                at   St. Louis, Missouri
Date                                   City and State

THOMAS C. MUMMERT
U.S. Magistrate Judge
Name and Title of Judicial Officer        Signature of Judicial Officer



CIRCUIT ATTORNEY
CITY OF ST. LOUIS

JENNIFER M. JOYCE

CIRCUIT ATTORNEY'S OFFICE
1114 Market Street, Room 401
St. Louis, Missouri 63101
(314) 629-4941
FAX (314) 622-3900
www.circuitattorney.org

## Fax Transmission

DATE:   December 20, 2005

TO:     Catherine Hanaway, US Attorney - Eastern District
FAX:    314-589-2795
VOICE:

FROM:   James A. Michaels, Asst. Circuit Attorney, City of St. Louis
FAX:    (314) 613-3105
VOICE:  (314) 589-6448

RE:     Joseph Walker, (F) WAR:051-0003370

---

Dear Ms. Hanaway -

Please cause a federal unlawful flight warrant to be issued against the above-named defendant, Joseph Walker, b/m, dob 7/7/1973, on felony charges of Child Abuse and misdemeanor charges of assault in the 3rd degree

An investigation by the Federal Bureau of Investigation indicates that subject may be in Little Rock, AR.

If apprehended, Joseph Walker will be extradited to this jurisdiction.
Sincerely,

James A. Michaels
Asst. Circuit Attorney

OK
MWR

1 of 1

TOTAL P.04

* * * INVESTIGATIVE * * *   88A-SL-191159

IN THE CIRCUIT COURT OF ST. LOUIS CITY, MISSOURI
22ND JUDICIAL CIRCUIT
STATE OF MISSOURI
-VS-

| | | |
|---|---|---|
| WALKER, JOSEPH | PED: B/M 07/07/1973 5-08 160 | CASE: 051-0003370 |
| | SSN: 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 | DIV: |
| 4927 THRUSH | OLN: | OCN: |
| ST LOUIS MO 63120 | VEH: | OCA: |
| | LIC: | WREF: W63472468 |
| | LID: | |

**CHARGES**

26063990 - ABUSE OF CHILD                                  C/F
13040990 - ASSAULT 3RD DEGREE WITH PHYSICAL INJURY          A/M

**GENERAL AT LARGE WARRANT ORDERED**

THE STATE OF MISSOURI TO ANY PEACE OFFICER IN THE STATE OF MISSOURI.

YOU ARE HEREBY COMMANDED TO ARREST THE NAMED DEFENDANT WHO IS CHARGED WITH THE NAMED OFFENSE(S) ALLEGED TO HAVE BEEN COMMITTED WITHIN THE JURISDICTION OF THIS COURT AND IN VIOLATION OF THE LAWS OF THE STATE OF MISSOURI, AND TO BRING HIM FORTHWITH BEFORE THIS COURT TO BE DEALT WITH IN ACCORDANCE WITH LAW; AND YOU, THE OFFICER SERVING THIS WARRANT, SHALL FORTHWITH MAKE RETURN TO THIS COURT.

THE CONDITION(S) OF RELEASE ARE:

SECURED BOND IN THE AMOUNT OF    $15,000

WITNESS THE HONORABLE _____
JUDGE OF THE SAID COURT AND THE SEAL THEREOF, ISSUED IN THE CITY AND STATE FORESAID ON THIS 7TH DAY OF OCTOBER, 2005.

```
                                    MARIANO V. FAVAZZA
                                    CLERK OF COURT


                                    _____
                                    DEPUTY CLERK
```

| | |
|---|---|
| **CASE NO.** | **4:05MJ6228 TCM** |
| **RE:** | JOSEPH WALKER |
| **U.S. MARSHAL:** | Defendant has not been taken into custody |
| **U.S. MAGISTRATE JUDGE:** | Thomas C. Mummert |
| **Recommended Bond:** | Detention requested |

MICHAEL W. REAP, #9156
Assistant U.S. Attorney